IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PHILLIP E. BOYNTON, et. al.,           )
                                       )
    Plaintiffs,                        )
                                       )
v.                                     )   No. 02-1111 Ml/An
                                       )
HEADWATERS, INC., et. al.,             )
                                       )
    Defendants.                        )

## ORDER RESETTING TRIAL SCHEDULE

The Court held a telephone conference in this case on April 21, 2005. Plaintiffs were represented by Jeffrey Greene, Esq. Defendants were represented by Larry Laycock, Esq., R. Parrish Freeman, Esq., Brian Davis, Esq., and Ed Wallis, Esq.

Pursuant to the discussion at the conference, the Court hereby sets the following schedule in this case:

Trial: <u>Tuesday, September 6, 2005, at 9:00 a.m.</u>

Pretrial Conference: <u>Thursday, September 1, 2005, at 9:00 a.m.</u>

Pretrial Order: <u>Tuesday, August 23, 2005, by 4:30 p.m.</u>

So ORDERED this 22th day of April, 2005.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-29-05

355

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 355 in case 1:02-CV-01111 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

David R. Wright
WORKMAN NYDEGGER & SEELEY
100 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Charles J. Veverka
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Joseph G Pia
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Greg Oakley
SMALL SOPER & OAKLEY
One Burton Hills Blvd.
Ste. 330
Nashville, TN 37215

Larry R. Laycock
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Jeffrey A. Greene
One Burton Hills Blvd
Ste 330
Nashville, TN 37215

R. Parrish Freeman
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Brian L. Davis
LAW OFFICE OF BRIAN DAVIS
919 Ferncliff Cove
Suite 1
Southaven, MS 38671

Honorable Jon McCalla
US DISTRICT COURT