IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -3 AM 6:52

Robert R. Di Trolio
CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

| | |
|---|---|
| PHILLIP E. BOYNTON, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 02-1111 Ml/An |
| HEADWATERS, INC., et al., | ) |
| Defendants. | ) |

**ORDER ADOPTING MAY 9, 2005, REPORT AND RECOMMENDATION**

The Court previously referred Plaintiffs' Motion to Compel, filed December 17, 2004, to the Magistrate Judge for Report and Recommendation. The Magistrate Judge submitted a Report and Recommendation on February 16, 2005, which delineated a procedure by which Plaintiffs' motion would be resolved. On March 10, 2005, the Court adopted the Magistrate Judge's February 16, 2005, Report and Recommendation. The parties subsequently complied with the procedure delineated by the Magistrate Judge. On May 9, 2005, the Magistrate Judge filed a supplemental Report and Recommendation granting in part and denying in part Plaintiffs' motion.

No objections to the Magistrate Judge's May 9, 2005, Report and Recommendation were filed.

Upon *de novo* review of the Magistrate Judge's report, the Court agrees that Plaintiffs' motion should be granted in part and denied in part. The Court therefore ADOPTS the Report and Recommendation in its entirety.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-9-05

358

So ORDERED this **2** day of June, 2005.

*/s/ Jon P. McCalla*
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 358 in case 1:02-CV-01111 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

R. Parrish Freeman
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

David R. Wright
WORKMAN NYDEGGER & SEELEY
100 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Brian L. Davis
LAW OFFICE OF BRIAN DAVIS
919 Ferncliff Cove
Suite 1
Southaven, MS 38671

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Jeffrey A. Greene
One Burton Hills Blvd
Ste 330
Nashville, TN 37215

Larry R. Laycock
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Charles J. Veverka
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Greg Oakley
SMALL SOPER & OAKLEY
One Burton Hills Blvd.
Ste. 330
Nashville, TN 37215

Joseph G Pia
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Honorable Jon McCalla
US DISTRICT COURT