UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

PHILLIP E. BOYNTON, CLARENCE W.
BOYNTON, NORMA ANN LOGAN,
RENELDA J. WESTFALL, SHANNON
NONN, AARON SCOTT BERNARD,
ALAN F. BERNARD, LINDA R.
BERNARD, and DAVID ALLEN
BERNARD,

    Plaintiffs,

vs.

HEADWATERS, INC., f/k/a/ Covol
Technologies, Inc., and JAMES G.
DAVIDSON,

    Defendants

Civil Action No. 1-02-1111-Ma/A

**MOTION GRANTED**
JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
June 23, 2005
DATE

## JOINT STIPULATION AND REQUEST TO EXTEND THE MEDIATION DEADLINE UNTIL JULY 17, 2005

On April 24, 2005, the Court issued an order requiring Court Annexed Mediation (Docket Entry No. 354) (the "Mediation Order"). The Mediation Order states that the mediation should be conducted prior to June 17, 2005 ("Mediation Deadline"). The three parties involved in the above-captioned matter have consulted, have selected a private court-certified mediator, Allen S. Blair (who plans to mediate this matter according to his normal fee schedule), and have endeavored to schedule a mediation date prior to the Mediation Deadline but have been unable to do so in light of conflicting schedules among the attorneys and their party representatives. The earliest date that the mediator, the parties, and the party representatives are available to mediate is Wednesday, July 6, 2005. The parties therefore stipulate through the signatures of their counsel and jointly request that the Court extend the Mediation Deadline 30 days, until July 17, 2005 to accommodate the parties' schedules and to provide some additional flexibility in scheduling the mediation should any complications arise.

Dated: June 6, 2005.

    For the Plaintiffs, Philip E. Boynton, *et al.*:

    By: _Jeffrey Greene w/ permission_
    Jeffrey A. Greene, Esq.
    **JEFFREY A. GREENE, P.C.**
    One Burton Hills Blvd., Suite 330
    Nashville, Tennessee 37215
    Tel: (615) 324-4020; Fax: (615) 324-4021

    For the Defendant, James Gary Davidson:

    By: _Brian Davis w/ permission_
    Brian L. Davis, Esq.
    **DAVIS LAW FIRM, P.C.**
    5185 Getwell Road
    Southaven, Mississippi 38671
    Tel: (662) 393-8542; Fax: (662) 393-9904

    For the Defendant, Headwaters, Incorporated:

    By: _____
    Joseph Pia (Admitted *Pro Hac Vice*)
    **WORKMAN NYDEGGER**
    1000 Eagle Gate Tower, 60 East South Temple
    Salt Lake City, Utah 84111
    Tel: (801) 321-8800; Fax: (801) 328-1707



# Notice of Distribution

This notice confirms a copy of the document docketed as number 362 in case 1:02-CV-01111 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

Brian L. Davis
LAW OFFICE OF BRIAN DAVIS
919 Ferncliff Cove
Suite 1
Southaven, MS 38671

Joseph G Pia
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Greg Oakley
SMALL SOPER & OAKLEY
One Burton Hills Blvd.
Ste. 330
Nashville, TN 37215

Larry R. Laycock
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Jeffrey A. Greene
One Burton Hills Blvd
Ste 330
Nashville, TN 37215

R. Parrish Freeman
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

David R. Wright
WORKMAN NYDEGGER & SEELEY
100 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Charles J. Veverka
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Honorable Jon McCalla
US DISTRICT COURT