# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

PHILLIP E. BOYNTON, CLARENCE W. BOYNTON, NORMA ANN LOGAN, RENELDA J. WESTFALL, SHANNON NONN, AARON SCOTT BERNARD, ALAN F. BERNARD, LINDA R. BERNARD, and DAVID ALLEN BERNARD,

      Plaintiffs,

vs.

HEADWATERS, INC., f/k/a/ Covol Technologies, Inc., and JAMES G. DAVIDSON,

      Defendants

Civil Action No. 1-02-1111-Ma/A

## [PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST TO EXTEND THE MEDIATION DEADLINE UNTIL JULY 17, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-27-05

THIS MATTER came before the Court on the parties' Joint Stipulation and Request to Extend the Mediation Deadline Until July 17, 2005.

Having considered the written submissions of the parties in connection with the above-referenced motion, the Court hereby ORDERS that the Court Ordered Court Annexed Mediation deadline of June 17, 2005 shall be extended to July 17, 2005 and the Court hereby accepts the parties' selection of a private mediator, Allen S. Blair, who will conduct the mediation according to his normal fee schedule.

SO ORDERED this June 23, 2005

Hon. Jon P. McCalla
United States District Judge

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST TO EXTEND THE MEDIATION DEADLINE UNTIL JULY 17, 2005** was served upon the other parties to this case by delivering a true copy thereof to their respective attorneys of record this June 6, 2005, as follows:

Jeffrey A. Greene, Esq.                     (via Facsimile and First Class Mail)
Gregory H. Oakley, Esq.
**JEFFREY A. GREENE, P.C.**
One Burton Hills Blvd., Suite 330
Nashville, Tennessee 37215

Brian L. Davis, Esq.                        (via Facsimile and First Class Mail)
**DAVIS LAW FIRM, P.C.**
5185 Getwell Road
Southaven, Mississippi 38671
Tel: (662) 393-8542; Fax: (662) 393-9904

_____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 363 in case 1:02-CV-01111 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

Brian L. Davis
LAW OFFICE OF BRIAN DAVIS
919 Ferncliff Cove
Suite 1
Southaven, MS 38671

Greg Oakley
SMALL SOPER & OAKLEY
One Burton Hills Blvd.
Ste. 330
Nashville, TN 37215

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Larry R. Laycock
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Jeffrey A. Greene
One Burton Hills Blvd
Ste 330
Nashville, TN 37215

R. Parrish Freeman
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

David R. Wright
WORKMAN NYDEGGER & SEELEY
100 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Charles J. Veverka
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Joseph G Pia
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Honorable Jon McCalla
US DISTRICT COURT