UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ƛC D.C.

05 JUL 26 PM 1: 27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| PHILLIP E. BOYNTON, CLARENCE W. BOYNTON, NORMA ANN LOGAN, RENELDA J. WESTFALL, SHANNON NONN, AARON SCOTT BERNARD, ALAN F. BERNARD, LINDA R. BERNARD, and DAVID ALLEN BERNARD,<br><br>      Plaintiffs,<br><br>vs.<br><br>HEADWATERS, INC., f/k/a/ Covol Technologies, Inc., JAMES G. DAVIDSON,<br><br>      Defendants. | Civil Action No. 1-02-1111 |

### ORDER GRANTING
### MOTION FOR *PRO HAC VICE*

This cause having come before the court upon the Motion to Allow Admission of Counsel *Pro Hac Vice* of Brent P. Lorimer of the law firm of Workman, Nydegger, 1000 Eagle Gate Tower, 60 East South Temple, Salt Lake City, Utah 84111; telephone: 801/533-9800, as counsel *pro hac vice* in the above cause of action, and the Court having heard the same and being advised, the Court is of the opinion that Brent P. Lorimer is qualified for admission, and the representation should be confirmed by the Court.

IT IS THEREFORE ORDERED, that Brent P. Lorimer of the law firm of Workman, Nydegger, should be and is hereby admitted to appear and act as counsel *pro hac vice* as counsel of record for Defendant, Headwaters Inc., in the above-stated case.



ENTERED this \_\_\_July 26\_\_\_, 2005.

_____
JON P. McCALLA
United States District Judge

J:\1454721\107 - PHV - Order BPL.doc

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 365 in case 1:02-CV-01111 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

David R. Wright
WORKMAN NYDEGGER & SEELEY
100 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Charles J. Veverka
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Joseph G Pia
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Greg Oakley
SMALL SOPER & OAKLEY
One Burton Hills Blvd.
Ste. 330
Nashville, TN 37215

Brent P. Lorimer
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111

Larry R. Laycock
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Jeffrey A. Greene
One Burton Hills Blvd
Ste 330
Nashville, TN 37215

R. Parrish Freeman
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Brian L. Davis
LAW OFFICE OF BRIAN DAVIS
919 Ferncliff Cove
Suite 1
Southaven, MS 38671

Honorable Jon McCalla
US DISTRICT COURT