IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

PHILLIP E. BOYNTON, CLARENCE W.
BOYNTON, NORMA ANN LOGAN,
RENELDA J. WESTFALL, SHANNON
NONN, AARON SCOTT BERNARD,
ALAN F. BERNARD, LINDA R.
BERNARD, and DAVID ALLEN
BERNARD,

    Plaintiffs,

vs.

HEADWATERS, INC., f/k/a/ Covol
Technologies, Inc. and JAMES G.
DAVIDSON,

    Defendants

Civil Action No. 1-02-1111–MI

FILED BY _____ D.C.

05 AUG -3 PM 5: 19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

## ORDER GRANTING DEFENDANT HEADWATERS' UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-4-05

The Court has considered defendant Headwaters' unopposed motion for leave to file a reply memorandum in further support of its motion to dismiss for lack of subject matter jurisdiction. Good cause appearing, IT IS THUS ORDERED THAT Headwaters' motion for leave to file a reply is hereby GRANTED. IT IS FURTHER ORDERED THAT the Clerk of Court shall immediately file "Defendant Headwaters' Reply Memorandum in Further Support of Its Motion for Summary Judgment," attached as Exhibit "A" to Headwaters' motion for leave to file a reply. This document will be treated as though filed on the date of entry of this Order.

SO ORDERED this 3 day of August, 2005.

HONORABLE JON P. McCALLA
UNITED STATES DISTRICT JUDGE

1

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 368 in case 1:02-CV-01111 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

David R. Wright
WORKMAN NYDEGGER & SEELEY
100 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Charles J. Veverka
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Joseph G Pia
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Greg Oakley
SMALL SOPER & OAKLEY
One Burton Hills Blvd.
Ste. 330
Nashville, TN 37215

Brent P. Lorimer
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111

Larry R. Laycock
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Jeffrey A. Greene
One Burton Hills Blvd
Ste 330
Nashville, TN 37215

R. Parrish Freeman
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Brian L. Davis
LAW OFFICE OF BRIAN DAVIS
919 Ferncliff Cove
Suite 1
Southaven, MS 38671

Honorable Jon McCalla
US DISTRICT COURT