IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 AUG 11 AM 8:07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

PHILLIP E. BOYNTON, et. al.,          )
                                       )
    Plaintiffs,                        )
                                       )
v.                                     )   No. 02-1111 Ml/An
                                       )
HEADWATERS, INC., et. al.,             )
                                       )
    Defendants.                        )

## ORDER DENYING CERTAIN MOTIONS AS MOOT

Before the Court are the following motions that relate to Plaintiffs' intent to call Mr. Larry Laycock, Esq., lead counsel for Defendant Headwaters, Inc., as a witness at the trial of this matter:

- Motion in Limine to Strike Headwaters' Lead Counsel from Plaintiffs' Witness List and Preclude His Testimony at Trial by Defendant Headwaters, Inc., filed on October 18, 2004. (Docket No. 258.)

- Motion to Quash Subpoena of October 19, 2004, to Larry R. Laycock by Defendant Headwaters, Inc., filed on November 3, 2004. (Docket No. 305.)

- Plaintiffs' Motion in Limine Requesting Special Jury Instruction, filed on October 18, 2004. (Docket No. 272.)

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-11-05

374

- Plaintiffs' Motion in Limine to Declare Larry Laycock a "Missing Witness," filed on October 15, 2004. (Docket No. 251.)
- Plaintiffs' Motion in Limine to Restrict Argument by Opposing Counsel, filed on October 18, 2004. (Docket No. 245.)

By letter to the Court on July 14, 2005, Defendant Headwaters, Inc., indicated that Mr. Laycock will not argue to the Jury or question witnesses in this matter and that it will no longer contest Plaintiffs' request to call Mr. Laycock as a witness. Defendant Headwaters, Inc., also indicated that its October 19 and November 4, 2004, motions were withdrawn. Accordingly, the motions listed above are DENIED as moot.

So ORDERED this 9 day of August, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 374 in case 1:02-CV-01111 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

David R. Wright
WORKMAN NYDEGGER & SEELEY
100 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Brian L. Davis
LAW OFFICE OF BRIAN DAVIS
919 Ferncliff Cove
Suite 1
Southaven, MS 38671

R. Parrish Freeman
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Greg Oakley
SMALL SOPER & OAKLEY
One Burton Hills Blvd.
Ste. 330
Nashville, TN 37215

Brent P. Lorimer
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111

Larry R. Laycock
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Charles J. Veverka
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Jeffrey A. Greene
One Burton Hills Blvd
Ste 330
Nashville, TN 37215

Joseph G Pia
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Honorable Jon McCalla
US DISTRICT COURT