# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

FILED BY _GP_ D.C.

05 SEP -1 PM 3:58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| PHILIP E. BOYNTON, CLARENCE W. BOYNTON, NORMA ANN LOGAN, RENELDA J. WESTFALL, SHANNON NONN, AARON SCOTT BERNARD, ALAN F. BERNARD, LINDA R. BERNARD and DAVID ALLEN BERNARD, Individually, and on behalf of an Unincorporated Association d/b/a "Adtech, Inc. of Illinois," on behalf of a General Partnership d/b/a "Adtech, Inc. of Illinois," and on behalf of a class of similarly situated persons,<br><br>        Plaintiffs,<br><br>vs.<br><br>HEADWATERS, INC., f/k/a Coval Technologies, Inc., JAMES G. DAVIDSON, A. GRAYDON HOOVER, and Unnamed DOE DEFENDANTS 1 – 25,<br><br>        Defendants.<br><br>and<br><br>HEADWATERS, INC. f/k/a Covol Technologies, Inc.,<br><br>        Counterclaimants,<br><br>vs.<br><br>PHILLIP E. BOYNTON, VINCENT M HAMILTON, MAX IRVIN, CLARENCE W. BOYNTON, NORMA ANN LOGAN, RENELDA J. WESTFALL, SHANNON NONN, AARON SCOTT BERNARD, ALAN F. BERNARD, LINDA R. BERNARD And DAVID ALLEN BERNARD, and DOE DEFENDANTS 1-25,<br><br>        Counterclaim Defendants | Cause No.: 1-02-1111 |

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __9/2/05__



400

## WRIT OF *HABEUS CORPUS AD TESTIFICANDUM*

To:     Superintendent
        Federal Correctional Institute
        Forrest City, Arkansas

        and

        The United States Marshall's Service
        Western District of Tennessee

It appearing to the Court upon a review of Defendant James Gary Davidson's Unopposed Petition for a Writ of *Habeus Corpus Ad Testificandum* that the petition is well taken and should be granted, it is therefore:

ORDERED, ADJUDGED and DECREED as follows:

1. The United States Marshall's Service shall transport James G. Davidson, inmate registration number 15646-076, from the Federal Correctional Institution located in Forrest City, Arkansas to Memphis, Tennessee no later than Friday, September 2, 2005 to be retained in the Western District until the completion of the civil trial of the case.

2. The United States Marshall's Service transport James G. Davidson to this Court on Tuesday, September 6, 2005 at 9:00 a.m. and everyday subsequent to that date until James G. Davidson is excused by the Court.

3. The costs and expenses associated with transporting James G. Davidson to Memphis, Tennessee for trial, his confinement in Memphis, Tennessee during trial and his return transportation to the Federal Correctional Institution in Forrest City, Arkansas after trial shall be borne by the United States Marshall's Service.

ENTER this the   1   day of September, 2005.

                                                Jon P. McCalla,
                                     United States District Court Judge

This Writ was prepared by:
**Davis Law Firm, P.C.**

Brian L. Davis
Attorney for Defendant,
James G. Davidson
5185 Getwell Road
Southaven, MS 38671
662-393-8542

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served on:

Jeffrey A. Greene
Attorney for the Plaintiff
One Burton Hills, Suite 330
Nashville, TN 37215

Greg Oakley
Soper & Oakley, P.C.
113 29th Ave., S.
Nasvhille, TN 37212

Larry Laycock, C. J. Ververka
Workman, Nydegger & Seeley
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, Utah 84111

Edwin E. Wallis
Moss, Benton & Wallis, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303

                                                Certifying Attorney

**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE**



# Notice of Distribution

This notice confirms a copy of the document docketed as number 400 in case 1:02-CV-01111 was distributed by fax, mail, or direct printing on September 2, 2005 to the parties listed.

---

David R. Wright
WORKMAN NYDEGGER & SEELEY
100 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Charles J. Veverka
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Joseph G Pia
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Greg Oakley
SMALL SOPER & OAKLEY
One Burton Hills Blvd.
Ste. 330
Nashville, TN 37215

Guy C. Nicholson
TISDALE & NICHOLSON
2029 Century Park East
Ste 900
Los Angeles, CA 90067

Brent P. Lorimer
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111

Larry R. Laycock
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Jeffrey A. Greene
One Burton Hills Blvd
Ste 330
Nashville, TN 37215

R. Parrish Freeman
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Brian L. Davis
LAW OFFICE OF BRIAN DAVIS
919 Ferncliff Cove
Suite 1
Southaven, MS 38671

Honorable Jon McCalla
US DISTRICT COURT