IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| PHILLIP E. BOYNTON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 02-1111 Ml/An |
| | ) | |
| HEADWATERS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER FOLLOWING PRETRIAL CONFERENCE

Per the Court's September 1, 2005, pre-trial conference, the Court hereby issues the following rulings:

The Petition for Writ of Habeas Corpus ad Testificandum by Defendant Davidson, filed August 30, 2005, is GRANTED. Counsel will revise the writ and submit the final writ to the prison upon the Court's acceptance.

Plaintiffs' Motion for Continuance filed August 30, 2005, is GRANTED in part and DENIED in part. The trial will begin on Wednesday, September 7, 2005, with jury selection to begin at 9:30 a.m. Opening statements will be heard on Thursday, September 8, 2005.

Opening statements will be limited to 45 minutes for Plaintiffs, 30 minutes for Defendant Davidson, and 1 hour for Defendant Headwaters.

-1-

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9/2/05

401

Defendant Davidson's Motion in Limine Relating to his Personal Appearance at Trial, filed August 30, 2005, is GRANTED.

The Court will review Defendants' proposed Jury Questionnaire and will submit to the parties no later than September 2, 2005 at 12:00 p.m. The parties will submit any objections to the questionnaire promptly by Tuesday, September 6, 2005 at 9:00 a.m.

Plaintiffs' Motion for Admission Pro Hac Vice of Guy Nicholson filed August 29, 2005, is DENIED as moot.

Defendant Headwaters' Motion (1) for Bifurcation of the Punitive Damages Claim; and (2) in Limine to Exclude any Evidence of or Reference to Headwaters' Financial Condition or Net Worth, filed August 26, 2005, is GRANTED. Plaintiffs' claim for punitive damages is bifurcated into separate liability and damages phases. Plaintiffs are precluded from offering evidence of or referencing Headwaters' net worth during the liability phase of the trial.

Other pending matters in this cause are reserved for final determination at the start of the trial.

So ORDERED this __1__ day of September, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 401 in case 1:02-CV-01111 was distributed by fax, mail, or direct printing on September 2, 2005 to the parties listed.

---

David R. Wright
WORKMAN NYDEGGER & SEELEY
100 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Charles J. Veverka
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Joseph G Pia
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Greg Oakley
SMALL SOPER & OAKLEY
One Burton Hills Blvd.
Ste. 330
Nashville, TN 37215

Guy C. Nicholson
TISDALE & NICHOLSON
2029 Century Park East
Ste 900
Los Angeles, CA 90067

Brent P. Lorimer
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111

Larry R. Laycock
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Jeffrey A. Greene
One Burton Hills Blvd
Ste 330
Nashville, TN 37215

R. Parrish Freeman
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Brian L. Davis
LAW OFFICE OF BRIAN DAVIS
919 Ferncliff Cove
Suite 1
Southaven, MS 38671

Honorable Jon McCalla
US DISTRICT COURT