# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

FILED BY *LG* D.C.

05 SEP -2 PM 4: 21

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| PHILIP E. BOYNTON, CLARENCE W. BOYNTON, NORMA ANN LOGAN, RENELDA J. WESTFALL, SHANNON NONN, AARON SCOTT BERNARD, ALAN F. BERNARD, LINDA R. BERNARD and DAVID ALLEN BERNARD, Individually, and on behalf of an Unincorporated Association d/b/a "Adtech, Inc. of Illinois," on behalf of a General Partnership d/b/a "Adtech, Inc. of Illinois," and on behalf of a class of similarly situated persons,<br><br>                      Plaintiffs,<br><br>vs.<br><br>HEADWATERS, INC., f/k/a Coval Technologies, Inc., JAMES G. DAVIDSON, A. GRAYDON HOOVER, and Unnamed DOE DEFENDANTS 1 – 25,<br><br>                      Defendants.<br><br>and<br><br>HEADWATERS, INC. f/k/a Covol Technologies, Inc.,<br><br>                      Counterclaimants,<br><br>vs.<br><br>PHILLIP E. BOYNTON, VINCENT M HAMILTON, MAX IRVIN, CLARENCE W. BOYNTON, NORMA ANN LOGAN, RENELDA J. WESTFALL, SHANNON NONN, AARON SCOTT BERNARD, ALAN F. BERNARD, LINDA R. BERNARD And DAVID ALLEN BERNARD, and DOE DEFENDANTS 1-25,<br><br>                      Counterclaim Defendants | Cause No.:  1-02-1111 |

**AMENDED WRIT OF *HABEUS CORPUS AD TESTIFICANDUM***

To: Superintendent
   Federal Correctional Institute
   Forrest City, Arkansas

   and

   The United States Marshall's Service
   Western District of Tennessee

  It appearing to the Court upon a review of Defendant James Gary Davidson's

Unopposed Petition for a Writ of *Habeus Corpus Ad Testificandum* that the petition is

well taken and should be granted, it is therefore:

  ORDERED, ADJUDGED and DECREED as follows:

  1.   The United States Marshall's Service shall transport James G. Davidson,

inmate registration number 15646-076, from the Federal Correctional Institution (FCI)

located in Forrest City, Arkansas to Memphis, Tennessee no later than Tuesday,

September 6, 2005 to be retained in the Western District until the completion of the civil

trial of the case. [1]

  2.   The United States Marshall's Service transport James G. Davidson to this

Court on Tuesday, September 6, 2005 at 9:00 a.m. and everyday subsequent to that date

until James G. Davidson is excused by the Court.

  3.   The costs and expenses associated with transporting James G. Davidson to

Memphis, Tennessee for trial, his confinement in Memphis, Tennessee during trial and

his return transportation to the Federal Correctional Institution in Forrest City, Arkansas

after trial shall be borne by the United States Marshall's Service.

---

[1] The Court has been informed that the FCI facility is under quarantine because of an outbreak of chickenpox. Defendant Davidson will be tested for the virus. If he tests negative, he will be transported to the Western District on Tuesday, September 6; if he tests positive, he will be detained at FCI and trial may be postponed.

ENTER this the ___ day of September, 2005.

Jon P. McCalla,
United States District Court Judge

This Writ was prepared by:
**Davis Law Firm, P.C.**

_____

Brian L. Davis
Attorney for Defendant,
James G. Davidson
5185 Getwell Road
Southaven, MS  38671
662-393-8542

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served on:

Jeffrey A. Greene
Attorney for the Plaintiff
One Burton Hills, Suite 330
Nashville, TN  37215

Larry Laycock, C. J. Ververka
Workman, Nydegger & Seeley
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, Utah 84111

Greg Oakley
Soper & Oakley, P.C.
113 29th Ave., S.
Nasvhille, TN  37212

Edwin E. Wallis
Moss, Benton & Wallis, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN  38303

_____
Certifying Attorney

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 406 in case 1:02-CV-01111 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Brian L. Davis
LAW OFFICE OF BRIAN DAVIS
919 Ferncliff Cove
Suite 1
Southaven, MS 38671

Larry R. Laycock
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

David R. Wright
WORKMAN NYDEGGER & SEELEY
100 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Charles J. Veverka
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Guy C. Nicholson
TISDALE & NICHOLSON
2029 Century Park East
Ste 900
Los Angeles, CA 90067

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

R. Parrish Freeman
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Jeffrey A. Greene
One Burton Hills Blvd
Ste 330
Nashville, TN 37215

Brent P. Lorimer
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111

Greg Oakley
SMALL SOPER & OAKLEY
One Burton Hills Blvd.
Ste. 330
Nashville, TN 37215

Joseph G Pia
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Honorable Jon McCalla
US DISTRICT COURT