UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY /AW/ D.C.

2005 SEP -1  PM 12: 54

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| PHILLIP E. BOYNTON, CLARENCE W. BOYNTON, NORMA ANN LOGAN, RENELDA J. WESTFALL, SHANNON NONN, AARON SCOTT BERNARD, ALAN F. BERNARD, LINDA R. BERNARD, and DAVID ALLEN BERNARD,<br><br>    Plaintiffs,<br><br>vs.<br><br>HEADWATERS, INC., f/k/a/ Covol Technologies, Inc., and JAMES G. DAVIDSON | Civil Action No. 1-02-1111 |

FILED BY _____ D.C.
05 SEP -6 PM 5:02
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

## DEFENDANT HEADWATERS' MOTION TO WITHDRAW LARRY R. LAYCOCK AS COUNSEL OF RECORD

MOTION GRANTED

*Jon McCalla*
JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
Sept. 6, 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-7-05

(422)

Pursuant to Local Rule 83.1(h), defendant Headwaters, Inc. ("Headwaters") hereby moves the Court for an Order allowing Larry R. Laycock to withdraw as counsel of record in the above-captioned matter. This motion is further supported by a memorandum to be submitted pursuant to the Court's request. The granting of this motion will not affect the scheduling of trial nor will it affect Headwaters' representation in this matter as presently Brent P. Lorimer currently serves as lead trial counsel.

Respectfully submitted this September 1, 2005.

> MOSS, BENTON & WALLIS, PLLC
> Edwin E. Wallis, Jr., BPR # 8499
> P.O. Box 3897
> Jackson, Tennessee 38303-3897
> (901) 668-5500
>
> By: _____
> WORKMAN NYDEGGER
> Brent P. Lorimer (Admitted *Pro Hac Vice*)
> R. Parrish Freeman, Jr. (Admitted *Pro Hac Vice*)
> Joseph G. Pia (Admitted *Pro Hac Vice*)
> 1000 Eagle Gate Tower, 60 East South Temple
> Salt Lake City, Utah 84111
> (801) 321-8800
>
> Attorneys for Defendant HEADWATERS INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing DEFENDANT HEADWATERS' MOTION TO WITHDRAW LARRY R. LAYCOCK AS COUNSEL OF RECORD was served upon the other parties to this case by delivering a true copy thereof to their respective attorneys of record this September 1, 2005 as follows:

    Jeffrey A. Greene, Esq.    (*via* Facsimile and First Class Mail)
    Gregory H. Oakley, Esq.
    **JEFFREY A. GREENE, P.C.**
    One Burton Hills Blvd., Suite 330
    Nashville, Tennessee 37215

    Brian L. Davis, Esq.    (*via* Facsimile and First Class Mail)
    **DAVIS LAW FIRM, P.C.**
    5185 Getwell Road
    Southaven, Mississippi 38671

*[signature]*

125 Motion Withdraw Counsel.doc

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 422 in case 1:02-CV-01111 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

David R. Wright
WORKMAN NYDEGGER & SEELEY
100 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Charles J. Veverka
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Joseph G Pia
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Greg Oakley
SMALL SOPER & OAKLEY
One Burton Hills Blvd.
Ste. 330
Nashville, TN 37215

Guy C. Nicholson
TISDALE & NICHOLSON
2029 Century Park East
Ste 900
Los Angeles, CA 90067

Brent P. Lorimer
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111

Larry R. Laycock
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Jeffrey A. Greene
One Burton Hills Blvd
Ste 330
Nashville, TN 37215

R. Parrish Freeman
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Brian L. Davis
LAW OFFICE OF BRIAN DAVIS
919 Ferncliff Cove
Suite 1
Southaven, MS 38671

Honorable Jon McCalla
US DISTRICT COURT