IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP -9 PM 3: 11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| PHILLIP E. BOYNTON, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 02-1111 Ml/An |
| HEADWATERS, INC., et al., | ) ) | |
| Defendants. | ) | |

## ORDER FOLLOWING TELEPHONE CONFERENCE AND DENYING DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO JOIN INDISPENSABLE PARTIES

A telephone status conference in this case was held on September 7, 2005 to discuss Defendant Headwaters' Motion to Dismiss for Failure to Join Indispensable Parties, filed September 2, 2005. Pursuant to the conference, the Court made the following orders:

Defendant's Motion to Dismiss is denied for the reasons articulated at the conference. The Court grants Defendant's motion to add additional parties or to proceed with class certification. Plaintiffs will indicate to the Court by Friday, September 16, 2005, whether they will proceed by class certification or whether they will join the additional parties as plaintiffs.

The case will be reset as follows: Both parties will submit

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on  9-9-05

a proposed schedule (a joint proposed schedule if the parties can reach agreement), including a schedule for limited additional discovery, by September 16, 2005.  The parties' Pretrial Order will be submitted to the Court no later than January 30, 2006.  The Pretrial Conference will take place on February 6, 2006, at 8:45 a.m.  The trial is reset to begin on February 13, 2006.

Additionally, Plaintiffs informed the Court that they have settled their claims with Defendant Davidson.

The Court will hold a telephone scheduling conference in this cause on <u>Monday, September 19, 2005, at 8:30 a.m.</u>  Counsel for Plaintiffs shall initiate the call with all parties on the line.

So ORDERED this 9 day of September, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 426 in case 1:02-CV-01111 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Charles J. Veverka
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Brian L. Davis
LAW OFFICE OF BRIAN DAVIS
919 Ferncliff Cove
Suite 1
Southaven, MS 38671

Jeffrey A. Greene
One Burton Hills Blvd
Ste 330
Nashville, TN 37215

Brent P. Lorimer
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111

Joseph G Pia
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

David R. Wright
WORKMAN NYDEGGER & SEELEY
100 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Greg Oakley
SMALL SOPER & OAKLEY
One Burton Hills Blvd.
Ste. 330
Nashville, TN 37215

Guy C. Nicholson
TISDALE & NICHOLSON
2029 Century Park East
Ste 900
Los Angeles, CA 90067

R. Parrish Freeman
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Honorable Jon McCalla
US DISTRICT COURT