IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| PHILLIP E. BOYNTON, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 02-1111 Ml/An |
| HEADWATERS, INC., et al., | ) |
| Defendants. | ) |

### ORDER FOLLOWING TELEPHONE CONFERENCE

A telephone status conference in this case was held on September 19, 2005. Appearing for Plaintiffs were Jeffrey Greene, Clinton Kelly, and Andrew Allman. Appearing for Defendant Headwaters were Brent Lorimer, Edwin Wallis, Joseph Pia, and R. Parrish Freeman. Representing Defendant Davidson was Brian Davis.

The Court ordered Plaintiffs and Defendant Headwaters to submit legal memoranda regarding Plaintiffs' theory of how they obtained the interests asserted in the disputed intellectual property and which law governs. Plaintiffs will brief the issues within seven days. Defendant will submit their response within seven days of receipt of Plaintiffs' brief.

Plaintiffs informed the court that they will proceed with class certification. The case will proceed along the following

-1-

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-21-05

schedule:

- Plaintiffs will file their motion to certify the class by September 26, 2005.
- Defendant's response to the motion to certify the class is due no later than November 15, 2005.
- Discovery will be completed by December 30, 2005.
- Expert disclosures are due no later than October 31, 2005.
- Rebuttal expert disclosures are due by November 30, 2005.
- Dispositive motions must be filed no later than December 30, 2005.

Defendant Headwaters may seek discovery from the representatives of the putative class and from each member or putative member of the class with regard to certification. The Court will address this issue as needed.

The parties will contact Mr. Blair within 45 days to set a time to engage in mediation. The settlement negotiations will take place with all parties and counsel present.

So ORDERED this 20 day of September, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 433 in case 1:02-CV-01111 was distributed by fax, mail, or direct printing on September 21, 2005 to the parties listed.

---

David R. Wright
WORKMAN NYDEGGER & SEELEY
100 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Charles J. Veverka
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Joseph G Pia
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Greg Oakley
SMALL SOPER & OAKLEY
One Burton Hills Blvd.
Ste. 330
Nashville, TN 37215

Guy C. Nicholson
TISDALE & NICHOLSON
2029 Century Park East
Ste 900
Los Angeles, CA 90067

Brent P. Lorimer
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111

Jeffrey A. Greene
One Burton Hills Blvd
Ste 330
Nashville, TN 37215

R. Parrish Freeman
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Brian L. Davis
LAW OFFICE OF BRIAN DAVIS
919 Ferncliff Cove
Suite 1
Southaven, MS 38671

Honorable Jon McCalla
US DISTRICT COURT