IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY ___ D.C.
SEP 26 PM 2: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| **PHILIP E. BOYNTON,** *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 1-02-1111 |
| | ) | Judge McCalla |
| **HEADWATERS, INC.,** *et al.,* | ) | Magistrate Judge Anderson |
| | ) | |
| Defendants. | ) | **JURY DEMAND** |

**ORDER**

IT APPEARS TO THE COURT, that Plaintiffs and the Defendant James Gary Davidson have entered into a settlement agreement pursuant to which all of the Plaintiffs claims against the Defendant Mr. Davidson have been resolved; that the parties to that settlement agreement desire that the Court enter an order dismissing with prejudice the Plaintiffs' claims against the Defendant Davidson pursuant to Fed. R. Civ. Proc. 41(a)(2), without releasing the Plaintiffs' claims against the Defendant Headwaters, Inc.; and that there is no just reason for delay in the entry of a final judgment.

IT IS THEREFORE ORDERED, that Plaintiffs' claims against the Defendant James Gary Davidson are hereby dismissed with prejudice. This dismissal shall not release Plaintiffs' claims against the Defendant Headwaters.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-26-05

(434)

IT IS FURTHER ORDERED, that this Order is certified as final pursuant to Fed. R. Civ. Proc. 54(b).

ENTER THIS 26 DAY OF SEPTEMBER, 2005.

_____
JON P. McCALLA
U.S. DISTRICT JUDGE

Agreed to and Approved for Entry by:

_____
Brian Davis
5185 Getwell Road
Southaven, Mississippi 38671
Tel:  (662) 393-8542
Fax:  (662) 393-9904

Attorney for James G. Davidson

_____
Jeffrey A. Greene
One Burton Hills Blvd., Suite 330
Nashville, Tennessee 37215
Tel:  (615) 324-4020
Fax:  (615) 324-4020

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on:

Edwin E. Wallis, Jr.  
325 N. Parkway  
P.O. Box 3897  
Jackson, TN 38303

Brent Lorimer  
Joseph Pia  
WORKMAN, NYDEGGER  
60 E. South Temple  
1000 Eagle Gate Tower  
Salt Lake City, UT 84111

by facsimile and first class mail on September 23, 2005.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 434 in case 1:02-CV-01111 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Jeffrey A. Greene
One Burton Hills Blvd
Ste 330
Nashville, TN 37215

Brian L. Davis
LAW OFFICE OF BRIAN DAVIS
919 Ferncliff Cove
Suite 1
Southaven, MS 38671

Joseph G Pia
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Greg Oakley
SMALL SOPER & OAKLEY
One Burton Hills Blvd.
Ste. 330
Nashville, TN 37215

Guy C. Nicholson
TISDALE & NICHOLSON
2029 Century Park East
Ste 900
Los Angeles, CA 90067

R. Parrish Freeman
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Charles J. Veverka
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

David R. Wright
WORKMAN NYDEGGER & SEELEY
100 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Brent P. Lorimer
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Honorable Jon McCalla
US DISTRICT COURT