FILED BY ____ D.C.

05 OCT -4  AM 7:19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FILED BY ___ cas
SEP 2 0 2005
AFTER HOURS DEPOSITORY
Thomas M. Gould, Clerk
U.S. District Court
W.D. of TN, Memphis

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | | |
|---|---|---|
| PHILIP E. BOYNTON, et al., | ) | |
| | ) | **MOTION GRANTED** |
| Plaintiffs, | ) | JON PHIPPS McCALLA |
| | ) | U.S. DISTRICT JUDGE |
| vs. | ) | Oct. 3, 2005 |
| | ) | Case No. 1-02-1111 |
| HEADWATERS, INC., et al., | ) | Judge McCalla |
| | ) | |
| Defendants. | ) | **JURY DEMAND** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Philip E. Boynton, Clarence W. Boynton, Norma Ann Logan, Renalda J. Westfall, Shannon Nonn, Aaron Scott Bernard, Alan F. Bernard, Linda R. Bernard, and David Alan Bernard (the "Named Plaintiffs"), respectfully move the Court for an extension of time to file the memorandum concerning conflicts of law and rights as provided by ORDER FOLLOWING TELEPHONE CONFERENCE, entered 9/21/05 [Docket Entry No. 433]. Plaintiffs request a two-day extension from September 28, to September 30, 2005.

The requested extension will not cause prejudice to the Defendant Headwaters, as the Court's September 21, 2005, Order provides that Headwaters will have a specified period to respond measured from the receipt of Plaintiffs' memorandum and, in any event, Plaintiffs will consent to any reasonable request

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-4-05



442

for additional time made by Headwaters. Further, no prejudice will result because the requested memoranda are informational, are not being submitted in support of any presently pending motion and will not affect the course of discovery or the trial date in this action.

Headwaters does not oppose this motion.

Dated:       September 28, 2005.

Respectfully submitted,

*Jeffrey A. Greene*
JEFFREY A. GREENE
One Burton Hills, Suite 330
Nashville, Tennessee 37215
Tel:   (615) 324-4020
Fax:   (615) 324-4021

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served on:

Brent P. Lorimer
R. Parrish Freeman, Jr.
Joseph G. Pia
WORKMAN, NYDEGGER
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, Utah 84111

Edwin E. Wallis, Jr.
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303

by first class mail on September 28, 2005.

Jeffrey A. Greene

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 442 in case 1:02-CV-01111 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

Guy C. Nicholson
TISDALE & NICHOLSON
2029 Century Park East
Ste 900
Los Angeles, CA 90067

Brian L. Davis
LAW OFFICE OF BRIAN DAVIS
919 Ferncliff Cove
Suite 1
Southaven, MS 38671

Joseph G Pia
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Jeffrey A. Greene
One Burton Hills Blvd
Ste 330
Nashville, TN 37215

R. Parrish Freeman
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Charles J. Veverka
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Greg Oakley
SMALL SOPER & OAKLEY
One Burton Hills Blvd.
Ste. 330
Nashville, TN 37215

Brent P. Lorimer
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111

David R. Wright
WORKMAN NYDEGGER & SEELEY
100 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Honorable Jon McCalla
US DISTRICT COURT