UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED 2005 OCT 31 PM 6:58

| | |
|---|---|
| PHILLIP E. BOYNTON, CLARENCE W. BOYNTON, NORMA ANN LOGAN, RENELDA J. WESTFALL, SHANNON NONN, AARON SCOTT BERNARD, ALAN F. BERNARD, LINDA R. BERNARD,<br><br>Plaintiffs,<br><br>vs.<br><br>HEADWATERS, INC., f/k/a/ Covol Technologies, Inc.,<br><br>Defendants. | Civil Action No. 1-02-1111 |

## ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANT HEADWATERS INC.'S DEADLINE TO FILE RESPONSE TO PLAINTIFFS' MOTION TO CERTIFY CLASS TO DECEMBER 1, 2005

THIS MATTER came before the Court on the Parties' Joint Motion to Extend Defendant Headwaters Inc.'s Deadline to File Response to Plaintiffs' Motion to Certify Class to December 1, 2005.

Having considered the written submissions of the parties and for good cause showing, the Court hereby ORDERS:

1. The Parties' Joint Motion to Extend Defendant Headwaters Inc.'s Deadline to File Response to Plaintiffs' Motion to Certify Class to December 1, 2005 is GRANTED.

2. Headwaters, Inc.'s response to Plaintiffs' Motion to Certify Class shall be due no later than December 1, 2005.

SO ORDERED this ___Oct. 31___, 2005.

_____
Hon. Jon P. McCalla
United States District Judge

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _11-1-05_

447

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 447 in case 1:02-CV-01111 was distributed by fax, mail, or direct printing on November 1, 2005 to the parties listed.

---

David L. Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

David R. Wright
WORKMAN NYDEGGER & SEELEY
100 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Charles J. Veverka
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Joseph G Pia
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Greg Oakley
SMALL SOPER & OAKLEY
One Burton Hills Blvd.
Ste. 330
Nashville, TN 37215

Guy C. Nicholson
TISDALE & NICHOLSON
2029 Century Park East
Ste 900
Los Angeles, CA 90067

Brent P. Lorimer
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111

Jeffrey A. Greene
One Burton Hills Blvd
Ste 330
Nashville, TN 37215

R. Parrish Freeman
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Brian L. Davis
LAW OFFICE OF BRIAN DAVIS
919 Ferncliff Cove
Suite 1
Southaven, MS 38671

Honorable Jon McCalla
US DISTRICT COURT