UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.
2005 OCT 31  PM 6:59

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| PHILLIP E. BOYNTON, CLARENCE W. BOYNTON, NORMA ANN LOGAN, RENELDA J. WESTFALL, SHANNON NONN, AARON SCOTT BERNARD, ALAN F. BERNARD, LINDA R. BERNARD,<br><br>Plaintiffs,<br><br>vs.<br><br>HEADWATERS, INC., f/k/a/ Covol Technologies, Inc.,<br><br>Defendants. | Civil Action No. 1-02-1111 |

### ORDER GRANTING DEFENDANT HEADWATERS, INC.'S MOTION TO WITHDRAW EDWIN E. WALLIS JR. AS LOCAL COUNSEL AND TO SUBSTITUTE LEO M. BEARMAN AND DAVID L. BEARMAN AS HEADWATERS, INC.'S LOCAL COUNSEL

THIS MATTER came before the Court on defendant Headwaters Inc.'s Motion to Withdraw Edwin E. Wallis Jr. as Local Counsel and to Substitute Leo M. Bearman and David L. Bearman as Headwaters, Inc.'s Local Counsel. Having considered the written submissions of the parties in connection with the above-referenced motion, the Court hereby ORDERS: Headwaters, Inc.'s Motion to Withdraw Edwin E. Wallis Jr. as Local Counsel and to Substitute Leo M. Bearman and David L. Bearman as Headwaters, Inc.'s Local Counsel is GRANTED.

SO ORDERED this    Oct. 31   , 2005.

_____
Hon. Jon P. McCalla
United States District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-1-05

(449)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 449 in case 1:02-CV-01111 was distributed by fax, mail, or direct printing on November 1, 2005 to the parties listed.

---

David R. Wright
WORKMAN NYDEGGER & SEELEY
100 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Charles J. Veverka
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Joseph G Pia
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Greg Oakley
SMALL SOPER & OAKLEY
One Burton Hills Blvd.
Ste. 330
Nashville, TN 37215

Guy C. Nicholson
TISDALE & NICHOLSON
2029 Century Park East
Ste 900
Los Angeles, CA 90067

Brent P. Lorimer
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111

Jeffrey A. Greene
One Burton Hills Blvd
Ste 330
Nashville, TN 37215

R. Parrish Freeman
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Brian L. Davis
LAW OFFICE OF BRIAN DAVIS
919 Ferncliff Cove
Suite 1
Southaven, MS 38671

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

David L. Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT