IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 15 AM 9: 46

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF MEMPHIS

PHILLIP E. BOYNTON, et al., )
)
    Plaintiffs, )
)
v. ) No. 02-1111 Ml/An
)
HEADWATERS, INC., et al., )
)
    Defendants. )
)

## ORDER OF REFERENCE

Pending before the Court is Defendant Headwaters' Motion to Compel, to Shorten Time to Respond to Same, and for Expedited Hearing of Same, filed November 9, 2005.

This matter is hereby referred to the United States Magistrate Judge for report and recommendation. Any exceptions to the Magistrate Judge's order shall be made within ten (10) days of the Magistrate Judge's order, setting forth particularly those portions of the order excepted to and the reasons for the exceptions.

So ORDERED this 15th day of November, 2005.

                        /s/ Jon P. McCalla
                        JON P. McCALLA
                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-15-05

453

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 453 in case 1:02-CV-01111 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

David L. Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

R. Parrish Freeman
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Jeffrey A. Greene
One Burton Hills Blvd
Ste 330
Nashville, TN 37215

Brent P. Lorimer
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111

Charles J. Veverka
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Joseph G Pia
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Greg Oakley
SMALL SOPER & OAKLEY
One Burton Hills Blvd.
Ste. 330
Nashville, TN 37215

Guy C. Nicholson
TISDALE & NICHOLSON
2029 Century Park East
Ste 900
Los Angeles, CA 90067

David R. Wright
WORKMAN NYDEGGER & SEELEY
100 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Brian L. Davis
LAW OFFICE OF BRIAN DAVIS
919 Ferncliff Cove
Suite 1
Southaven, MS 38671

Honorable Jon McCalla
US DISTRICT COURT