**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

FILED BY _____ D.C.

05 DEC -9 PM 4: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN JACKSON

PHILLIP E. BOYNTON, CLARENCE W.
BOYNTON, NORMA ANN LOGAN,
RENELDA J. WESTFALL, SHANNON
NONN, AARON SCOTT BERNARD,
ALAN F. BERNARD, LINDA R.
BERNARD, and DAVID ALAN BERNARD,

       Plaintiffs,

   vs.

HEADWATERS, INC.,

       Defendants

No. 1-02-1111-Ml/An

## ~~[PROPOSED]~~ ORDER GRANTING DEFENDANT HEADWATERS' UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  12-12-05



The Court has considered defendant Headwaters' unopposed motion for leave to file a reply memorandum in further support of its motion for summary judgment filed October 31, 2005. Good cause appearing, IT IS THUS ORDERED THAT Headwaters' motion for leave to file a reply is hereby GRANTED.  IT IS FURTHER ORDERED THAT the Clerk of Court shall immediately file "Defendant Headwaters' Reply Memorandum in further Support of Its October 31, 2005 Motion for Summary Judgment," attached as Exhibit "A" to Headwaters' motion for leave to file a reply.  This document will be treated as though filed on the date of entry of this Order.

SO ORDERED this __9__ day of December, 2005.

HONORABLE JON P. McCALLA
UNITED STATES DISTRICT JUDGE

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing [PROPOSED] ORDER GRANTING

DEFENDANT HEADWATERS' UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY

MEMORANDUM was served upon the other parties to this case by delivering a true copy thereof

to their respective attorneys of record this December 8, 2005 as follows:

Jeffrey A. Greene, Esq.                     (Via Facsimile & First Class Mail)
Gregory H. Oakley, Esq.
**JEFFREY A. GREENE, P.C.**
One Burton Hills Blvd., Suite 330
Nashville, Tennessee 37215

Clinton L. Kelly, Esq.                      (Via Facsimile & First Class Mail)
Andy L. Allman, Esq.
**KELLY, KELLY, & ALLMAN**
629 E. Main Street
Hendersonville, TN 37057

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 465 in
case 1:02-CV-01111 was distributed by fax, mail, or direct printing on
December 12, 2005 to the parties listed.

---

David L. Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jeffrey A. Greene
One Burton Hills Blvd
Ste 330
Nashville, TN 37215

Joseph G Pia
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Greg Oakley
SMALL SOPER & OAKLEY
One Burton Hills Blvd.
Ste. 330
Nashville, TN 37215

Guy C. Nicholson
TISDALE & NICHOLSON
2029 Century Park East
Ste 900
Los Angeles, CA 90067

Brian L. Davis
LAW OFFICE OF BRIAN DAVIS
919 Ferncliff Cove
Suite 1
Southaven, MS 38671

Brent P. Lorimer
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

David R. Wright
WORKMAN NYDEGGER & SEELEY
100 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

R. Parrish Freeman
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Charles J. Veverka
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Honorable Jon McCalla
US DISTRICT COURT