IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ___ D.C.
05 DEC 19 PM 5:48

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN - MEMPHIS

PHILLIP E. BOYNTON, CLARENCE W.
BOYNTON, NORMA ANN LOGAN,
RENELDA J. WESTFALL, SHANNON
NONN, AARON SCOTT BERNARD,
ALAN F. BERNARD, LINDA R.
BERNARD, and DAVID ALAN BERNARD,

    Plaintiffs,

vs.

HEADWATERS, INC.,

    Defendants

No. 1-02-1111-Ml/An

## [        ] ORDER GRANTING DEFENDANT HEADWATERS' UNOPPOSED MOTION FOR LEAVE TO TAKE THE DEPOSITION OF JAMES G. DAVIDSON

THIS MATTER came before the Court on defendant Headwaters, Inc.'s ("Headwaters") Unopposed Motion for Leave to Take the Deposition of James G. Davidson. Having considered the written submission, IT IS HEREBY ORDERED that Headwaters' unopposed motion for leave to take the deposition of James G. Davidson pursuant to Fed. R. Civ. P. 30(a)(2), located at Federal Bureau of Prisons, 779 SFC 806, Forrest City, Arkansas 72335, before notary public, at a mutually agreed time and date, and in compliance with the rules and procedures of the Bureau of Federal Prisons, is GRANTED.

ENTERED this 19 day of Dec., 2005.

_____
HONORABLE JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-20-05

470

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 470 in case 1:02-CV-01111 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

David R. Wright
WORKMAN NYDEGGER & SEELEY
100 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Charles J. Veverka
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Joseph G Pia
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Greg Oakley
SMALL SOPER & OAKLEY
One Burton Hills Blvd.
Ste. 330
Nashville, TN 37215

Guy C. Nicholson
TISDALE & NICHOLSON
2029 Century Park East
Ste 900
Los Angeles, CA 90067

Brent P. Lorimer
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111

Jeffrey A. Greene
One Burton Hills Blvd
Ste 330
Nashville, TN 37215

R. Parrish Freeman
WORKMAN NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111

Brian L. Davis
LAW OFFICE OF BRIAN DAVIS
919 Ferncliff Cove
Suite 1
Southaven, MS 38671

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

David L. Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT