UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| PHILLIP E. BOYNTON, CLARENCE W. BOYNTON, NORMA ANN LOGAN, RENELDA J. WESTFALL, SHANNON NONN, AARON SCOTT BERNARD, ALAN F. BERNARD, LINDA R. BERNARD, and DAVID ALAN BERNARD, <br><br> Plaintiffs, <br><br> vs. <br><br> HEADWATERS, INC., <br><br> Defendant. | 02-1111-JPM/sta |

**ORDER RESCHEDULING TELEPHONE CONFERENCE**

Pending before the Court are Plaintiffs' Motion to Certify the Class and Defendant's Motions for Summary Judgment. Hearings in these matters are currently scheduled for February 20th and 14th, respectively. Due to trial schedule conflicts, the Court must reschedule these hearings. The telephonic hearings on all pending motions are hereby rescheduled for Wednesday, March 12, 2008, at 8:45 a.m. Plaintiffs shall initiate the call with all parties on the line.

So ORDERED this 11th day of February, 2008.

/s/ JON P. McCALLA
UNITED STATES DISTRICT JUDGE